# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEXTER GATBONTON,

    *Petitioner*,

vs.

JANET NAPOLITANO, *et al.*

    *Respondents*.

2:12-cv-01439-JCM-CWH

ORDER

    The represented petitioner in this immigration habeas matter under 28 U.S.C. § 2241 has not amended the petition to name his immediate custodian as an additional respondent in response to the court's prior order (#2).

    IT THEREFORE IS ORDERED that the petition is DISMISSED without prejudice for lack of jurisdiction over the subject matter.  The clerk of court shall enter final judgment accordingly.

    DATED: October 26, 2012.

_____
JAMES C. MAHAN
United States District Judge